Clerk, U.S District Court
Middle District of Georgia
P.O. Box 128
Macon, Ga. 31202

Re: Case No.:
5:16-CV-00453-CAR-MSH;
Plaintiffs response to defendants motion to dismiss; Plaintiffs request for default judgement.

September 8, 2017

Dear Sir/Madam,

    I hope you are well and have enclosed for filing the above referenced pleadings.

    Also, could you please be so kind as to send a docket summary for this case.

    Please accept in advance my thanks for any assistance you or your staff may provide in this matter.

    With kind regards I am...

Respectfully,

Ricky J. Jo—

Ricky J. Johnson #1124129
3404 Kent Farm Dr.
Millen, Ga 30442