Exhibit 34

**From:** Sharon Lewis
**Sent:** Thursday, August 03, 2017 12:08 PM
**To:** Sharon Lewis <Sharon.Lewis@gdc.ga.gov>
**Subject:** FW: Review Please


**From:** Marler, Kevin [mailto:Kevin.Marler@corecivic.com]
**Sent:** Tuesday, June 27, 2017 2:58 PM
**To:** Sharon Lewis <Sharon.Lewis@gdc.ga.gov>
**Cc:** Ivens, Keith <Keith.Ivens@corecivic.com>
**Subject:** RE: Review Please

Dr. Lewis,

I was just served today. Interestingly, I just saw him last week and told him he qualifies for treatment, contrary to the statement he makes in the suit. I notified Dr. Neau last week and she advised me to begin initial workup, all prior to my being served.

Dr. Ivens, I will fax entire suit to Core Civic. Can you provide me with a fax number for the legal department? I will begin preparing a treatment summary as well.

Dr. Marler

**From:** Sharon Lewis [mailto:Sharon.Lewis@gdc.ga.gov]
**Sent:** Tuesday, June 27, 2017 11:02 AM
**To:** Marler, Kevin <Kevin.Marler@corecivic.com>
**Cc:** Sharon Lewis <Sharon.Lewis@gdc.ga.gov>; Ivens, Keith <Keith.Ivens@corecivic.com>
**Subject:** Review Please


\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\*

Please provide a clinical overview regarding Hep C evaluation/ treatment for Ricky Johnson, GDC# 1124129. A lawsuit has been filed.
Thank you.

*Sharon R. Lewis, M.D.*
*Statewide Medical Director*
*Cell: (404)291-9966*
*Building PRIDE in ourselves and our Agency.*
*The Georgia Department of Corrections protects the public by operating secure and safe facilities, while reducing recidivism through effective programming, education and healthcare.*

Pg. 89

DEF 348

Wheeler Correctional Facility
195 North Broad Street
Alamo, Georgia 30411
Ph: 912-568-1731 ext 25326
Fax: 912-568-1701
Email: Yvonne.Neau@corecivic.com
<image001.png>– *Better the public good*®

**From:** Sharon Lewis [mailto:Sharon.Lewis@gdc.ga.gov]
**Sent:** Tuesday, July 18, 2017 2:37 PM
**To:** Ivens, Keith <Keith.Ivens@corecivic.com>; Marler, Kevin <Kevin.Marler@corecivic.com>
**Cc:** Neau, Yvonne <Yvonne.Neau@corecivic.com>
**Subject:** RE: legal matter

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

What is this about ?????

**From:** Ivens, Keith [mailto:Keith.Ivens@corecivic.com]
**Sent:** Tuesday, July 18, 2017 12:31 PM
**To:** Marler, Kevin <Kevin.Marler@corecivic.com>
**Cc:** Sharon Lewis <Sharon.Lewis@gdc.ga.gov>; Neau, Yvonne <Yvonne.Neau@corecivic.com>
**Subject:** RE: legal matter

Thank you for the update, Dr. Marler.

*Keith Ivens, MD, FACCP*

**From:** Marler, Kevin
**Sent:** Tuesday, July 18, 2017 9:31 AM
**To:** Ivens, Keith <Keith.Ivens@corecivic.com>
**Cc:** 'lewiss01@dcor.state.ga.us' <lewiss01@dcor.state.ga.us>; Neau, Yvonne <Yvonne.Neau@corecivic.com>
**Subject:** legal matter

Mr. Ricky Johnson's pretreatment eval is nearly completed with only an abdominal u/s remaining, that has been scheduled.

Dr. Marler

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent

**From:** Sharon Lewis
**Sent:** Thursday, August 03, 2017 12:12 PM
**To:** Sharon Lewis <Sharon.Lewis@gdc.ga.gov>
**Subject:** FW: legal matter


**From:** Neau, Yvonne [mailto:Yvonne.Neau@corecivic.com]
**Sent:** Tuesday, July 18, 2017 4:36 PM
**To:** Sharon Lewis <Sharon.Lewis@gdc.ga.gov>
**Subject:** RE: legal matter

The evaluation is for Ricky Johnson GDC # 1124129. He is currently housed at Jenkins. Apparently, he filed a lawsuit with the state because he wants HCV treatment. He is currently undergoing pretreatment labs and evaluation. I will keep you posted which Priority group he is in.

**From:** Sharon Lewis [mailto:Sharon.Lewis@gdc.ga.gov]
**Sent:** Tuesday, July 18, 2017 4:27 PM
**To:** Neau, Yvonne <Yvonne.Neau@corecivic.com>
**Subject:** Re: legal matter


*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

Thanks. I assume you understand my confusion.
WHAT summary? What is the issue ?
Seems these are 2 different offenders.



The Department of Corrections creates a safer Georgia by effectively managing offenders and providing opportunities for positive change

On Jul 18, 2017, at 3:07 PM, Neau, Yvonne <Yvonne.Neau@corecivic.com> wrote:

Dear Dr. Lewis:

This was a follow up to the summary email that Dr. Marler provided in response to the original inquiry you sent on 06/27/17. Dr. Marler is working up a patient for potential HCV treatment and Dr. Ivens and myself are assisting in this process. Please let me know if I can assist in anyway.

Thank you,


**Yvonne Neau, MD**
Regional Medical Director

Pg. 91
DEF 350

**From:** Sharon Lewis
**Sent:** Thursday, August 03, 2017 12:10 PM
**To:** Sharon Lewis <Sharon.Lewis@gdc.ga.gov>
**Subject:** FW: legal matter


**From:** Neau, Yvonne [mailto:Yvonne.Neau@corecivic.com]
**Sent:** Tuesday, July 18, 2017 10:35 AM
**To:** Marler, Kevin <Kevin.Marler@corecivic.com>; Ivens, Keith <Keith.Ivens@corecivic.com>
**Cc:** Sharon Lewis <Sharon.Lewis@gdc.ga.gov>
**Subject:** RE: legal matter

Thank you. Once the ultrasound is complete, then we can discuss this case further.


Yvonne Neau, MD
**From:** Marler, Kevin
**Sent:** Tuesday, July 18, 2017 10:31 AM
**To:** Ivens, Keith <Keith.Ivens@corecivic.com>
**Cc:** 'lewiss01@dcor.state.ga.us' <lewiss01@dcor.state.ga.us>; Neau, Yvonne <Yvonne.Neau@corecivic.com>
**Subject:** legal matter

Mr. Ricky Johnson's pretreatment eval is nearly completed with only an abdominal u/s remaining, that has been scheduled.

Dr. Marler

(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of CoreCivic. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the Barracuda Email Security System.

**From:** "Neau, Yvonne" <Yvonne.Neau@corecivic.com>
**Date:** January 30, 2018 at 10:50:55 AM EST
**To:** "Dr. Lewis" <sharon.lewis@gdc.ga.gov>
**Cc:** "Ivens, Keith" <Keith.Ivens@corecivic.com>
**Subject: Fwd: GA Patient**

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Dr. Lewis,

Please see below. I will oversee that treatment is given. If there are any delays, then I will let you know. Once again, I apologize for the inconvenience this case has caused.

Warm regards,
Dr. Neau


Begin forwarded message:

**From:** "Ivens, Keith" <Keith.Ivens@corecivic.com>
**Date:** January 30, 2018 at 10:42:30 AM EST
**To:** 'Guy Augustin' <GYAugustin@CorrectCareSolutions.com>, "Neau, Yvonne" <Yvonne.Neau@corecivic.com>, Scott Kennedy <ScottKennedy@correctcaresolutions.com>
**Subject: GA Patient**

Good morning team,
Dr. Lewis has expressed concern about this case. Dr. Augustin's write up below makes a clear case that this patient is Priority 1. Please make provisions for treatment ASAP. I have a meeting with Dr. Lewis tomorrow morning. If there is a circumstance that precludes or delays treatment, I need to hear about it today.

Thank you all for swift action.

On Jan 29, 2018, at 9:28 AM, Guy Augustin <GYAugustin@CorrectCareSolutions.com> wrote:

This 56 y/o M with h/o Hep C, diagnosed in 2009 and recently HTN x3 month, Hypothyroidism x1 month. The patient had a liver biopsy in Sept 2012 that showed: Mild chronic Hep C, mild necrosis and stage 1 fibrosis. At that time, GI Medicine recommended treatment. Lab findings in 2012 - 2013 noted Genotype 1a, Hep C RNA 11.2 to 20.2 million IU/ml. Abdominal U/S and CT showed a liver mass consistent with hemangioma.


On 6/7/17, while the patient was at the Jenkins facility, his FibroSure score was: Fibrosis 0.9, Stage F4 (High) and Necroinflam 0.84 (High), Severe Activity. Recommendation for transfer and

Exhibit 39

**From:** Guy Augustin <GYAugustin@CorrectCareSolutions.com>
**Date:** January 29, 2018 at 2:41:17 PM EST
**To:** Sharon Lewis <Sharon.Lewis@gdc.ga.gov>
**Cc:** Deborah Stewart <DDStewart@CorrectCareSolutions.com>
**Subject: Re: Johnson, Ricky 5102514**

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

As per the medical records, in 2012 this patient was at Wilcox State. In 2015, he was at Wheeler, In 2016, he was at Jenkins. He was transferred to Coffee in Nov 2017. The case was presented to the Regional Director and transfer was not approved.

---

**From:** Sharon Lewis <Sharon.Lewis@gdc.ga.gov>
**Sent:** Monday, January 29, 2018 1:36 PM
**To:** Guy Augustin
**Cc:** BNICHOLS@augusta.edu; Deborah Stewart
**Subject:** Re: Johnson, Ricky 5102514

WHO reviewed and refused treatment ? What Care has been provided since 2012 ?

The Department of Corrections creates a safer Georgia by effectively managing offenders and providing opportunities for positive change

On Jan 29, 2018, at 9:28 AM, Guy Augustin <GYAugustin@CorrectCareSolutions.com> wrote:

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This 56 y/o M with h/o Hep C, diagnosed in 2009 and recently HTN x3 month, Hypothyroidism x1 month. The patient had a liver biopsy in Sept 2012 that showed: Mild chronic Hep C, mild necrosis and stage 1 fibrosis. At that time, GI Medicine recommended treatment. Lab findings in 2012 - 2013 noted Genotype 1a, Hep C RNA 11.2 to 20.2 million IU/ml. Abdominal U/S and CT showed a liver mass consistent with hemangioma.

Pg. 94
DEF 345

On 6/7/17, while the patient was at the Jenkins facility, his FibroSure score was: Fibrosis 0.9, Stage F4 (High) and Necroinflam 0.84 (High), Severe Activity. Recommendation for transfer and treatment was not approved. He was transferred to Coffee on 11/2/17 and remains in stable condition. In December 2017, recommendation for treatment was not approved.

This is an uncommon case of a patient with progressive HCV, APRI score of 0.95 but abnormal FibroSure test. The patient has been c/o denial of treatment and has filed a federal lawsuit. CCS and CCA attorneys ████████████████████████████████████
They are ████████████████████████████████████ The lawyers requested to informed you about this case. Please evaluate for transfer and treatment.

G Augustin MD

by legal assistants.

B.   Health Services

   1.   Contractor will provide all on-site medical, dental and mental health care to comply with, at minimum, federal and state laws and regulations, ACA and NCCHC standards, and evidence-based medical standards of practice. The delivery of routine and emergency care will be provided 24 hours per day, 7 days per week. Contractor shall provide health services in accordance with its own policies and procedures. Such policies and procedures will comply with ACA and NCCHC standards. Services will include a program for preliminary screening of inmates upon arrival at the facility, a comprehensive health evaluation, regularly scheduled sick call, and regularly scheduled oversight of inmates with chronic disease. Contractor will not be obligated to house a number of chronic care inmates greater than thirty percent (30%) of the total population. For purposes of this Health Services provision, "chronic" shall refer to the definition set forth in ACA guidelines.

   Medical staff will be licensed by the State of Georgia. Contractor will provide primary license verification for nurses. Physicians and mid-levels will be fully credentialed, utilizing the National Practitioner's Data Bank. Contractor will provide health education to inmates and staff, specialized training in symptom recognition to correctional officers, and a continuous quality improvement (CQI) program with monthly reporting and follow-up.

   2.   A regional director from the Corporate Office will oversee all health care related activities. Contractor will perform on-site audits to ensure the delivery of quality care. Additionally, Contractor's corporate Health Services department will review all health-related incidents, inmate deaths, and CQI data. Contractor will perform peer reviews and verify all credentialing information on its licensed independent providers. Contractor will maintain a utilization review/case management program to monitor all inmate hospitalizations concurrently, ensuring quality and appropriate care while hospitalized.

   3.   The parties agree that the Department is ultimately responsible for ensuring that its inmates are provided with adequate health care while incarcerated. Thus, it is agreed that the Department has final authority over the resolution of clinical matters related to the delivery of inmate health care where Contractor and the Department cannot reach a consensus even if the Department's resolution of a particular conflict or dispute conflicts with CCA policy. However, Contractor and the Department agree to use their best efforts to resolve all health care services conflicts or disputes in a mutually agreeable manner and in accordance with CCA health care policies. Copies of all inmate grievance appeals concerning the provision of health care services that are appealed to Contractor's corporate offices shall also be forwarded to the Department's Medical Director. Resolution of such appeals shall be accomplished through discussions between the Department's Medical Director and Contractor's Chief Medical Officer from the Corporate Office. In the event the Department's decision regarding the health care of an inmate directly conflicts with the

Contractor's decision or Contractor's policies, the Department will immediately retake the inmate and assume all responsibility for the inmate's care including costs. Contractor's indemnity obligations in Section 21 of Attachment B shall not extend to any claim, damage or loss arising from the Department's exercise of its authority hereunder to the extent that such claim, damage or loss is the result of the Department's decision regarding medical care in direct conflict with CCA.

4.  Contractor will provide primary medical care utilizing evidenced based medicine. Contractor's preventive medical care will consist of quarterly chronic clinics, health education, and appropriate lab/testing profiles.

    a.  Triage and Screening - Requests for health care will be picked up daily from the housing units. Triage will be performed daily and inmates scheduled to be seen within 24-72 hours or sooner if indicated. Referrals to a licensed independent practitioner (LIP) will be timely, and in accordance with the acuity of the inmate.

    b.  Sick Call - Sick call will be held daily, 5 days per week, and conducted utilizing highly directive nursing protocols. Sick call will be scheduled according to the severity of the inmate's complaint/physical condition. Referrals to the LIP will be seen no later than 72 hours after referral.

    c.  Chronic Clinics - Contractor will provide on-going evaluation for chronic disease every 90 days. The facility physician/mid-level will conduct these exams and provide on-going education. Physical condition and compliance issues may cause exams to be more frequent.

    d.  Emergency Services - Health care staff will provide an immediate response, (within 4 minutes), to inmates with emergency healthcare needs. All staff will be trained in basic life support. Automatic external defibrillators will be provided as standard equipment. Contractor will provide quarterly, unannounced CPR drills for medical and security staff.

    e.  Medical Observation - Medical observation cells will be used for inmates who require more intense monitoring/treatment, but who are not in need of acute hospitalization. When the medical observation cells are occupied, correctional officers will provide oversight 24 hours per day.

    f.  HIV Testing – On an annual basis, Contractor will test the entire inmate population for HIV.

5.  Mental health professionals will provide mental health services as governed by applicable ACA standards to include:

    - Screening upon intake by nursing staff, with immediate referral if necessary;
    - Psychotropic medications as indicated with informed consent and routine monitoring;

| | | | |
|---|---|---|---|
| **Name:** JOHNSON, RICKY JOSEPH | | **DOB:** 09/01/1961 | |
| **MRN:** 5102514 | | **Sex:** M | |
| **Agency#:** 1124129 - GDC | | | |

 **PROGRESS NOTES**

Exhibit 42

**Allergies**
No Known Drug Allergies
**Current Meds**
AmLODIPine Besylate 10 MG Oral Tablet;TAKE 1 TABLET DAILY PO; Rx
Levothyroxine Sodium 25 MCG Oral Tablet;TAKE 1 TABLET DAILY; Rx
Triamcinolone Acetonide 0.5 % External Cream;APPLY SPARIINGLY TO AFFECTED AREA BID; Rx
One-Daily Multi Vitamins Oral Tablet;TAKE 1 TABLET DAILY; Rx
Epclusa 400-100 MG Oral Tablet;TAKE 1 TABLET BY MOUTH ONCE DAILY; Rx
* Formulary Override Reason: Requested by Regional Medical Director, 09 Feb 2018
Listerine Zero Mouth/Throat Liquid;swish and spit 30ml po bid; Rx
* Formulary Override Reason: no formulary equivalent exists, 26 Feb 2018
**Subjective**
Lab Results

h/o Hep
Pt has been treated with Epclusa
He has tolerated the medication well
Hep C viral load performed last week was undetectable
Pt was called to the clinic and result was given to him

**Objective**
AOx3
NAD
**Assessment**
Hepatitis C
**Plan**
F/u in 2 mos
CBC,CMP, Hep C viral load, TSH
**Education**
Education and Counseling


Discussed all abnormal findings with patient Yes X

X Educated on Treatment Plan

X Patient / Inmate Verbalized understanding of diagnosis and treatment plan

**Signature**
Electronically signed by : Guy  Augustin  M.D.; 04/05/2018 4:42 PM EST; Co-author

**3/22/18  12:35 pm**

**Progress Note**                    **Owner:**    Helton, Terrie

4/2/2019
Case 5:16-cv-00453-TES-MSH   Document 164   Filed 10/11/19   Page 11 of 11
jscribe.dcor.state.ga.us:8888/scribe/plsql/pkg_offender_application.offender_main?p_uno=1124129&p_module=offender&p_choice=menu...

# Assignment Detail

Exhibit 43

### Reassignment Request Details:
| | |
|---|---|
| Date Requested: | 10/30/2017 |
| Requested Category/Type: | ADMINISTRATIVE/NEUTRAL |
| Requested Reason: | INMATE ON STAFF CONFLICT |
| Priority Urgent: | NO |
| Requestor: | SIKES, SHAWN LOUIS |
| Comments: | RECOMMEND INMATE BEING REMOVED DUE TO ONGOING CONFLICTS WITH MEDICAL STAFF. |

### Offender Administration Decision:
| | |
|---|---|
| Decision Date: | 11/01/2017 |
| Decision: | APPROVED |
| Approved Assignment Facility: | COFFEE CORR FACILITY |
| Approved Assignment Category/Type: | ADMINISTRATIVE/ NEUTRAL |
| Approved Assignment Reason: | INMATE ON STAFF CONFLICT |
| Approver: | ADAMS, EMERICA |
| Comments: | INMATE ON STAFF CONFLICT |

### Transport Scheduling:
| | |
|---|---|
| Transport Date: | 11/02/2017 |
| Transport Method: | GDC BUS |
| Transport Notes: | INMATE ON STAFF CONFLICT SWAP W/ Name: LEWIS, CHRISTOPHER JOHN GDC ID: 579584 |

### Acknowledgment:
| | |
|---|---|
| Acknowledged Out Date: | 11/02/2017 |
| Acknowledged Out By: | COLLINS, DEBRA |

| | |
|---|---|
| Acknowledged In Date: | 11/02/2017 |
| Acknowledged In By: | WILKERSON, ANGELIQUE |

© 1998 - 2002 Georgia Department of Corrections
Send your system questions and recommendations to us

Pg. 99