IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICKY J. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 5:16-cv-00453-TES-MSH |
| SHARON LEWIS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**TEK [PROPOSED] ORDER PERMITTING ELECTRONIC EQUIPMENT FOR EQUIPMENT TESTING ON FEBRUARY 29, 2024 and TRIAL MARCH 4 - MARCH 8, 2024**

THIS CAUSE having come before the Court on the Plaintiff's Motion for Permission to Bring Electronic Equipment into the Courtroom, and the Court having been duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Plaintiff's Motion for Permission to Bring Electronic Equipment into the Courtroom is hereby GRANTED. Counsel and staff of counsel are permitted to bring electronic equipment into the Courthouse for equipment testing on February 29, 2024 and for trial March 4 – 8, 2024.

#3629770v1

| Name | Equipment |
|---|---|
| Nicholas Benyo<br>Senior Firmwide Trial Teach Specialist<br>Kirkland & Ellis LLP | Laptop, power cord, HDMI cables, USB cables, extension cord, cellular phone/smartphone and charger, portable monitor, mouse, Gaffer tape, Wi-Fi hot spot, thumb drives, power strips, folding table |
| Andrew Kett<br>Paralegal II<br>Kirkland & Ellis LLP | Laptop, power cord, cellular phone/smartphone and charger, mouse |
| Arsema Asefaw<br>Paralegal I<br>Kirkland & Ellis LLP | Laptop, power cord, cellular phone/smartphone and charger, mouse |

ORDERED on this 28 day of Feb, 2024.

HONORABLE TILMAN E. SELF III
United States District Court Judge

#3629770v1