IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICKY J. JOHNSON, | * |
| Plaintiff, | * |
| v. | Case No. 5:16-cv-00453-TES-MSH |
| | * |
| SHARON LEWIS, et al., | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to the jury verdict dated March 6, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $20,000.00 as to Defendant Sharon Lewis and $1.00 as to Defendant Thomas Ferrell. The amount shall accrue interest from the date of entry of judgment at the rate of 5.00 % per annum until paid in full. Plaintiff shall also recover costs of this action.

This 6th day of March, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk