IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICKY J. JOHNSON, | * |
| Plaintiff, | * |
| v. | Case No. 5:16-cv-00453-TES-MSH |
| | * |
| DR. KEVIN MARLER, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this court's order dated February 23, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing Defendant Marler.

This 8th day of March, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk