IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICKY J JOHNSON , | * |
| Plaintiff, | * |
| v. | Case No.  5:16-cv-00453-TES-MSH |
| | * |
| Dr. SHARON LEWIS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed April 26, 2024, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $25,001.25. This amount shall accrue interest from the date of entry of judgment at the rate of  5.17  % per annum until paid in full.

This 29th day of April, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk